## UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : 08-214M <br> : <br> : <br> : <br> : |
| v. | |
| JOHNNIE JAMES | |

### ENTRY OF APPEARANCE

COMES NOW the Defendant Johnnie James (hereinafter "James") and respectfully requests the Clerk of the Court enter undersigned counsel as an attorney of record for Mr. James, in the above captioned matter.

Respectfully Submitted,

_/s/Harrytun_
Harry Tun, Esquire
Bar No. 416262
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Entry of Appearance has been forwarded to all counsel of record on this 18th day of April 2008 by using the CM/ECF system.

_/s/Harrytun_
Harry Tun, Esquire
400 5th Street, NW Suite 300
Washington, DC 20001
Tel: (202) 393-2882
Fax: (202) 783-5407