UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-0214M(CR) |
| | : | |
| JOHNNIE W.  JAMES, | : | VIOLATION: |
| Defendant. | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 50 Grams or More of Cocaine** |
| | : | **Base)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Cocaine)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 25, 2008, within the District of Columbia, **JOHNNIE W.  JAMES** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

**COUNT TWO**

On or about March 25, 2008, within the District of Columbia, **JOHNNIE W. JAMES** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.